**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Dario GUILLEN–FAVELA, aka Dario Gonzalez–Favela, Defendant—Appellant.**

**No. 07–10360.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 30, 2008.

Chad M. Mandell, U.S. Attorneys Office, San Jose, CA, for Plaintiff–Appellee.

Elizabeth McKenna, Lara Vinnard, FPDCA—Federal Public Defender's Office, San Jose, CA, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

### MEMORANDUM **

Dario Guillen–Favela appeals from the 80–month sentence imposed following his guilty-plea conviction for illegal re-entry following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand.

Guillen–Favela contends that the district court erred by applying a 16–level enhancement for a previous drug trafficking offense under U.S.S.G. § 2L1.2(b)(1)(A) because the record did not establish that his previous conviction necessarily qualified as a drug trafficking offense. We conclude that the record does not clearly and unequivocally establish that Guillen–Favela was previously convicted of a drug trafficking offense, and that the enhancement was therefore improper. *See Malta–Espinoza v. Gonzales,* 478 F.3d 1080, 1082–1084 (9th Cir.2007); *see also United States v. Kovac,* 367 F.3d 1116, 1119 (9th Cir.2004).

**VACATED and REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.